Gregory B. Collins (#023158)
Zachary R. Fort (#031643)
KERCSMAR & FELTUS PLLC
7150 E. Camelback Road, Suite 285
Scottsdale, Arizona 85251
Telephone: (480) 421-1001
Facsimile:  (480) 421-1002
gbc@kflawaz.com
zrf@kflawaz.com

Wendy Olson (pro hac vice to be filed)
STOEL RIVES LLP
101 S. Capitol Blvd., Suite 1900
Boise, ID 83702-5958
Telephone: (208) 387-4291
Facsimile: (208) 389-9040
wendy.olson@stoel.com

*Attorneys for Plaintiff ThermoLife International, LLC*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ThermoLife International, LLC, an Arizona limited liability company,<br><br>　　　　Plaintiff,<br><br>v.<br><br>NetNutri.com, LLC, a New Jersey limited liability company,<br><br>　　　　Defendant. | Case No.<br><br>**CORPORATE DISCLOSURE STATEMENT** |

This Corporate Disclosure Statement is filed on behalf of Plaintiff ThermoLife International, LLC in compliance with the provisions of:

  __X__   Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

  ____   Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

  ____   Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required.

The filing party hereby declares as follows:

  __X__   No such corporation.

  ____   Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. (Attach additional pages if needed.)

  _____ Relationship_____

  ____   Publicly held corporation, not a party to the case, with a financial interest in the outcome. List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)

  _____Relationship_____

A supplemental disclosure statement will be filed upon any change in the information provided herein.

RESPECTFULLY SUBMITTED this 27th day of November, 2018.

        Kercsmar & Feltus PLLC

    By: *s/ Gregory Collins*
      Gregory B. Collins
      Zach R. Fort
      7150 East Camelback Road, Suite 285
      Scottsdale, Arizona 85251

    STOEL RIVES LLP
      Wendy Olson
      101 S. Capitol Blvd., Suite 1900
      Boise, ID 83702-5958

    *Attorneys for Plaintiff ThermoLife International, LLC*